| Trustee Name, Address, Phone, Fax, Email: <br> DANE S. FIELD <br> P.O. Box 4198 <br> Honolulu, HI 96812 <br> Phone: (808) 232-8788 <br> Fax: <br> Email: | **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF HAWAII** |
|---|---|
| Debtor(s): <br>     CHAMBERS, BLANE S. | Case No.: 12-01173 <br><br> Chapter 7 |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011: <br> This amount represents unclaimed funds on the claim(s) listed below. | $3,086.22 |
|---|---|

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| *Claim No.* | *Claimant Name and Address* | *Amount* |
|---|---|---|
| 3 | James H. Berglund, Jr. <br> c/o Franklin Don Pacarro, Jr. <br> Clay Chapman Iwamura Pulice Nervell <br> 700 Bishop Street, Suite 2100 <br> Honolulu, HI 96813 | $3,086.22 |
| Dated: July 8, 2015 | /s/ DANE S. FIELD <br>       Trustee | |